# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19mj4052 | UNITED STATES vs. Perez | |
| Hearing Date: | 11/13/2019 | Time In and Out: | 10:00 a.m./10:08 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Paul Spiers | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☐ Set for      on      @

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause      ☐ Court does not find probable cause

### Detention

- ☐ Defendant
- ☒ Defense addresses Court, requests release to La Pasada Halfway House; AUSA does not object; Court findings.

### Custody Status

- ☒ Defendant will remain in custody pending bed space at La Pasada Halfway House
- ☐ Conditions

### Other

- ☐ Matter referred to      for Final Revocation Hearing
- ☐