FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 3 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 19-4439 JB |
| Plaintiff, ) | |
| ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): |
| vs. ) | Possession with Intent to Distribute 100 |
| ) | Grams and More of Heroin. |
| **JOSEPH M. PEREZ**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about November 11, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **JOSEPH M. PEREZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved 100 grams and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____  11/20/19  3:12PM