# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | |
|---|---|
| Before the Honorable John F. Robbenhaar | |
| Motion to Modify Conditions of Release | |

| | | | |
|---|---|---|---|
| Case Number: | 19cr4439 JB | UNITED STATES vs. Perez | |
| Hearing Date: | 12/23/2019 | Time In and Out: | 9:37 a.m./9:41 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Chama |
| Defendant: | Joseph M. Perez | Defendant's Counsel: | Joe Romero, Jr. |
| AUSA: | Paul Spiers | Pretrial/Probation: | D. Ramos |
| Interpreter: | N/A | | |

## Proceedings

- ☐ Defendant waives Detention Hearing
- ☒ Defendant requests release to 3rd party custodian
- ☒ Government does not object

## Custody Status

- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect with modifications as stated on the record.

## Other Ruling

☒ Counsel enters their appearances for the record. Court addresses Counsel as to the motion to modify conditions of release that was filed on 12/08/2019. Government does not oppose Defendant's motion. Court conditionally grants motion pending the third-party custodian is properly vetted and approved. Pretrial addresses Court and does not oppose Defendant's motion. Court adjourned.