**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 7 2020

MITCHELL R. ELFERS
CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
**Plaintiff,**

vs.                                                                                           **No. CR 19-4439 JB**

**JOSEPH M. PEREZ,**
**Defendant.**

### ORDER MODIFYING CONDITIONS OF RELEASE

This matter having come before the Court on the Defendant's Second Motion to Modify Conditions of Release (Doc. 26), previously filed in this case, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Second Unopposed Motion to Modify Conditions of Release be and hereby is GRANTED. All conditions of release as contained in the Order Setting Conditions of Release (Doc. 22), filed in this case on December 23, 2019, remain in effect with the exception that Defendant is hereby subject to two additional conditions of release, to wit: Home Detention and Location Monitoring.

_____
U.S. MAGISTRATE JUDGE