PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Joseph Mathew Perez**     Docket No. 1:19-04439-JB-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Delma Marrufo-Ramos** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Joseph Mathew Perez** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge, sitting in the court at Albuquerque, New Mexico, on November 20, 2019, with conditions which included the following:

1. (7)(m) not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.
2. (7)(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.
3. (7)(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or Supervising Officer.
4. (7)(p) participate in one of the following location restriction programs and comply with its requirements as directed: Location Monitor with Home Detention.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On January 30, 2020, the Defendant tested positive for cocaine, amphetamines, and cannabinoids. On February 5 and February 12, 2020, the Defendant tested positive for cannabinoids. The Defendant also admitted to smoking marijuana on February 14 and 15. The Defendant failed to call the testing line on February 2, 3, 4, 5, 6, and 9 of 2020. On February 6 and February 19 of 2020, the Defendant failed to appear for his Relapse Prevention Group. On February 16, 2020, the Defendant left his residence without prior authorization from Pretrial Services. On February 18, 2020, the Defendant was found at unauthorized locations and failed to abide by his home detention schedule. On February 19, 2020, the Defendant reported to the Pretrial Services Office to submit a urine test and was instructed to remain in the lobby; however, the Defendant walked out of the office without proper authorization.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: February 20, 2020

**Delma Marrufo-Ramos**
**United States Probation Officer**
**Albuquerque, New Mexico**