# UNITED STATES DISTRICT COURT
## for the
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Joseph Mathew Perez<br>*Defendant* | )<br>)<br>) Case No. 1084 1:19-04439-JB-1<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay Joseph Matthew Perez, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

On January 30, 2020, the Defendant tested positive for cocaine, amphetamines, and cannabinoids. On February 5 and February 12, 2020, the Defendant tested positive for cannabinoids. The Defendant also admitted to smoking marijuana on February 14 and 15. The Defendant failed to call the testing line on February 2, 3, 4, 5, 6, and 9 of 2020. On February 6 and February 19 of 2020, the Defendant failed to appear for his Relapse Prevention Group. On February 16, 2020, the Defendant left his residence without prior authorization from Pretrial Services. On February 18, 2020, the Defendant was found at unauthorized locations and failed to abide by his home detention schedule. On February 19, 2020, the Defendant reported to the Pretrial Services Office to submit a urine test and was instructed to remain in the lobby; however, the Defendant walked out of the office without proper authorization.

Date: February 25, 2020

*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____
at ( city and state ) _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*