# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James A. Parker

**Case No.** 19-cr-4439                              **Date:** March 10, 2020

**Title:** United States v. Joseph Perez

**Courtroom Clerk:** Catherine Malone          **Court Reporter:** Julie Goehl

**Court in Session:** 1:34 pm     **Court in Recess:** 1:51 pm     **Total Time:** 17 min.

**Type of Proceeding:** Hearing

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Joe Romero                                   Paul Spiers

**PROCEEDINGS:**

| Time | |
|---|---|
| 1:34 pm | Court is in session. Counsel state their appearances. Defendant is not present. Defense counsel is unsure of when Defendant will arrive in New Mexico. Defense Counsel has no information about when Defendant may arrive. |
| 1:37 pm | The Court asks counsel about the issues being contested. |
| 1:42 pm | The United States' has two witnesses for the eventual evidentiary hearing: Agent Perry and Special Agent Lemon. Both were present when the events occurred. Defendant will testify for the defense. |
| 1:49 pm | The Court will set the hearing on Defendant's Motion to Suppress Evidence for 1:30pm on April 29, 2020. |
| 1:51 pm | Court is in recess. |