# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable STEPHAN M. VIDMAR

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | 19-4439 JP | Date: | 3/24/20 | Recording Information: | LCR SIERRA BLANCA |
|---|---|---|---|---|---|
| Clerk: | REBECCA HELMICK | | | Type of Hearing: | INITIAL APPEARANCE-REVOCATION |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **JOSEPH MATTHEW PEREZ** | **FPD STANDING IN-MEGHAN MCLOUGHLIN** | ☒ | ☐ |
| Assistant U.S. Attorney: **TAYLOR HARSTEIN** | Interpreter: **N/A** | | |
| Pretrial Officer: **LAURA GARIBAY** | Court in Session: **8:31-8:33; 8:34-8:36 A.M.   2 MIN** | | |

- ☐ Agent sworn in open Court
- ☒ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☒ Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing
- ☐ Set for change of plea on 10/24/2019 at 10:39 A.M.

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2

☐ **Other:** ALBQ CASE, DEFENDANT REMANDED TO CUSTODY OF USM AND TO BE TRANSFERRED TO ALBQ. AS SOON AS POSSIBLE