# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Show Cause/Detention - PTR

| | | | |
|---|---|---|---|
| Case Number: | 19-4439 JP | UNITED STATES vs. PEREZ | |
| Hearing Date: | 3/31/2020 | Time In and Out: | 12:12 pm – 12:30 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Jon Stanford | Pretrial/Probation: | D. Marruffo |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel
- ☐ Government moves to detain  ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds probable cause  ☐ Court does not find probable cause

## Detention

- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Deft to be released to LaPasada once space is available