IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

<u>Clerk's Minutes</u>
<u>Before the Honorable James A. Parker</u>

**Case No.** 19-cr-4439                    **Date:** June 11, 2020

**Title:** United States v. Joseph Perez

**Courtroom Clerk:** Catherine Malone          **Court Reporter:** Julie Goehl

**Court in Session:** 1:33 p.m.        **Court in Recess:** 3:54 p.m.   **Total Time:** 2:21

**Type of Proceeding:** Hearing on Defendant's Motion to Suppress Evidence (Doc. 29)

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Joe Romero | Paul Spiers |

**PROCEEDINGS:**

| | |
|---|---|
| 1:33 pm | Court is in session. Counsel state their appearances. Defendant is present. The United States calls Special Agent Kirk Lemmon to testify. Agent Lemmon is sworn in. The United States examines Agent Lemmon. |
| 1:45 pm | Defense counsel cross-examines Agent Lemmon. |
| 1:50 pm | The United States calls Special Agent Jarrell Perry, who is sworn in by the Court. |
| 2:08 pm | The United States introduces Gov. Ex. 1, an audio recording of the encounter. Defendant asks that the Court follow along on the transcript, Gov. Ex 1-A. Defendant substantially agrees with the accuracy of the transcript. |
| 2:23 pm | The United States introduces Gov. Ex. 2–10. Defense counsel has no objections. The exhibits are admitted. |
| 2:32 pm | Defense Counsel cross-examines Agent Perry. |
| 2:44 pm | Defense counsel moves to admit Defense Ex. A (image of Defendant wearing a jacket). The United States does not object. The Court admits Defense Ex. A. |
| 2:56 pm | The United States conducts its re-direct examination of Agent Perry. |

1

| | |
|---|---|
| 3:02 pm | Defense counsel moves to admit Defense Ex. B (receipt for cash or other items). The United States does not object. The Court admits Defense Ex. B. |
| 3:09 pm | Defense calls Defendant, who is sworn in. Defense counsel examines Defendant. |
| 3:22 pm | The United States conducts its cross-examination of Defendant. |
| 3:36 pm | Defense counsel conducts its re-direct examination of Defendant. |
| 3:40 pm | Defense counsel argues the motion. |
| 3:48 pm | The United States argues in opposition to the motion. |
| 3:54 pm | Court is in recess. |



United States Attorney's Office
District of New Mexico

CD-R

US v. Joseph
Mathew Perez
19-CR-4439-JB
Encounter

GOVERNMENT
EXHIBIT

1

FOR OFFICIAL USE ONLY

Printed in the USA WTSmedia



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

3

PENGAD 800-631-6989



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

4



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

6

PENGAD 800-631-6989




GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989




GOVERNMENT
EXHIBIT

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

10

PENGAD 800-631-6989



EXHIBIT

_____A_____

tabbies®

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|---|
| Jarrell W Perry<br>2660 Fritts Crossing<br>Albuquerque, NM, USA 87106 | | FILE TITLE | |
| | | DATE   11-12-2019 | |

**DIVISION/DISTRICT OFFICE**

El Paso Field Division
ALBUQUERQUE, NM DISTRICT OFFICE (ASAC #3)

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Broken cellular telephone with charging device | Return to representative of Joseph |
| 1 | Black colored hat | PEREZ |
| 1 | Tan colored belt | " |
| 1 | Vap pen | " |
| 1 | Earphones | " |
| 1 | Brown colored wallet with CA ID, paperwork, cards | " |
| $15.04 | US Currency | " |
| 1 | Black colored suitcase containing various clothing | " |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| *(signature)* | *(signature)* |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| *(signature)* | R. ZAMARRÓN |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Created in IMPAC

EXHIBIT
B