# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 19-4439 JAP | UNITED STATES vs. Perez |
|---|---|

### Before The Honorable John F. Robbenhaar, United States Magistrate Judge

| Hearing Date: | 09/18/2020 | Time In and Out: | 1:56 p.m.-2:33 p.m. | |
|---|---|---|---|---|
| Clerk: | K. Hernandez de Sepulveda | Digital Recording: | [Select Digital Audio] ABQ Zoom | |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe M. Romero, Jr. | |
| AUSA: | Paul Schied | Interpreter: | N/A | ☐ Sworn |
| | | | | ☐ Waived |

| | | | |
|---|---|---|---|
| ☐ | Defendant Sworn | ☐ | First Appearance |

| | |
|---|---|
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of:  **Indictment** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |

| | | |
|---|---|---|
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |

| | |
|---|---|
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to:  **Indictment** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☐ | Defendant to Remain in Custody |

| | | | |
|---|---|---|---|
| ☒ | Present conditions of release continued | ☐ | Conditions changed to: |

| | |
|---|---|
| ☐ | Penalty for failure to appear explained |

| | | | |
|---|---|---|---|
| ☒ | Presentence Report Ordered | ☐ | Expedited (Type III) |

Other Matters:  Court accepts Defendant's waiver; Court inquires as to why this hearing should be held at this time; Defense counsel and Government respond; Court makes findings as to why this hearing was held at this time; Defendant waives personal presence at hearing

Matters re: Detention: Defense counsel argues for continued release on current conditions; government responds, defers to the court; Pretrial Officer Marrufo-Ramos addresses the court as to defendant's compliance with conditions; court findings.