# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19-4439 JP | UNITED STATES vs. Perez | |
| Hearing Date: | 10/7/2020 | Time In and Out: | 10:06 am -10:12 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | ABQ-ZOOM |
| Defendant: | Joseph Matthew Perez | Defendant's Counsel: | Melissa Morris for Initial Only |
| AUSA: | Matt Nelson | Pretrial/Probation: | Delma Marrufo-Ramos |
| Interpreter: | | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [x] Government moves to detain   ☐ Government does not recommend detention
- [x] Set for Preliminary Revocation/Detention Hearing   on Friday, October 09, 2020   @ 9:30 am via ZOOM

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause   ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- [x] Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to ____ for Final Revocation Hearing
- ☐