# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

**JOSEPH M. PEREZ**
*Defendant*

Case No. 19 CR 4439 JAP

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Joseph M. Perez__, Defendant, understand that I am scheduled for a __initial appearance/revocation__ hearing on __October 7, 2020__.
   *nature of hearing*                    *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 10-7-20

*Joseph Perez*
Defendant's signature

*[signature]*
Signature of defendant's attorney

**MELISSA MORRIS, AFPD**
Printed name of defendant's attorney

melissa_morris@fd.org
Defendant's attorney's e-mail address