IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-4439 JAP |
| ) | |
| vs. ) | |
| ) | |
| **JOSEPH M. PEREZ**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### RESPONSE BY THE UNITED STATES TO THE DEFENDANT'S SENTENCING MEMORANDUM

The United States of America has read and reviewed the Defendant's Sentencing Memorandum (Doc. 82) and the Presentence Report (PSR, Doc. 79). The United States respectfully submits that a sentence of 30 months of imprisonment – a low-end United States Sentencing Guidelines (USSG) sentence as referenced in Paragraphs 4–8, 24–33 and 58–59 of the PSR - is a sentence that would effectively satisfy the provisions of 18 U.S.C. § 3553 as a sentence sufficient but not greater than necessary under the facts and circumstances of this matter.

Such a sentence would successfully account for how the PSR correctly determined, under USSG § 3B1.2(b), that the Defendant was a minor participant in the criminal activity to which he pled and for which he will be sentenced.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*/s/ Electronically filed* 2/18/2021
PAUL H. SPIERS
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel for the Defendant and to the Probation Officer, Shane E. Lovato.

      *Filed Electronically 2/18/2021*
PAUL H. SPIERS
Assistant United States Attorney