# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Joseph M. Perez
*Defendant*

Case No. 19-CR-04439

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Joseph M. Perez__, Defendant, understand that I am scheduled for a __sentencing__ hearing on __April 29, 2021__.
*nature of hearing*                  *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 4/23/2021

*Joseph Perez*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Joe M. Romero, Jr.
*Printed name of defendant's attorney*

joe@romeroandwinder.com
*Defendant's attorney's e-mail address*