# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 19-4439 JCH | USA vs. | Perez |
| Date: | 4/29/21 | Defendant: | Joseph Mathew Perez |
| Time In/Out: | 9:30 – 10:09 | Total Time in Court: | 39 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Paul Spiers | Defendant's Counsel: | Joe Romero, Jr |
| Sentencing in: | remote - via Zoom | Probation Officer: | Shane Lovato |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Indictment | Counts: | 1 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 9/21/21 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 24 months | | |
|---|---|---|---|
| ☐ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | Other: | |
| **SUPERVISED RELEASE:** | 4 years | ☒ | Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ | Submit to substance abuse testing; Testing not to exceed 60 tests per year |
| ☒ | Submit to search of person/property | ☒ | Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 per day |
| ☒ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☒ | Community service: 40 | ☐ | No contact with: |
| ☒ | Participate in an educational or vocational service program | ☐ | No new credit charges, lines of credit, financial contracts, etc |
| ☐ | Provide financial information & authorize release of information | ☐ | Not engage in an occupation/business/profession/volunteer that would require/enable work in a fiduciary capacity |
| ☐ | Location monitoring for 24 months – GPS – curfew component | ☐ | |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|

Forfeit rights title & interest in:

### OTHER

| | | | |
|---|---|---|---|
| ☒ | Waived Appeal Rights per Plea Agreement | ☒ | Held in Custody |
| ☒ | Recommended place(s) of incarceration: FCI Terminal Island, CA. to be close to family | | |
| ☐ | Dismissed Counts: | | |

### PROCEEDINGS

Court in session – parties state appearances; Court confirms defendant agrees to appear by Zoom; Mr. Romero has brief argument regarding defendant's role and requests role adjustment; Mr. Spiers responds; Court addresses parties regarding objection – concurs with probation's assessment but inclined to partially grant Mr. Romero's request; Court outlines records reviewed for sentencing; Mr. Romero responds; Mr. Spiers responds; Officer Lovato responds; Mr. Romero addresses Court on sentencing; Mr. Perez addresses Court; Mr. Spiers responds; Court addresses the parties and sustains objection; Court imposes sentence; Parties have nothing to add.