# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary Revocation/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 19-4439 JCH | UNITED STATES vs. Perez | |
| Hearing Date: | 8/1/2022 | Time In and Out: | 10:53 a.m./11:00 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Thomas Aliberti | Pretrial/Probation: | Amy Gee |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Revocation Hearing
- ☒ Court finds probable cause          ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☒ Defense counsel requests a 21-day continuance; government does not object; court addresses defendant, defendant responds, no objection; court grants 21-day continuance.

### Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐