# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19-4439 JH | UNITED STATES vs. Perez | |
| Hearing Date: | 8/22/2022 | Time In and Out: | 9:36 am-9:39 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Joseph Matthew Perez | Defendant's Counsel: | Joe Romero |
| AUSA: | Nora Wilson | Pretrial/Probation: | Delma Marrufo-Ramos |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain      ☐ Government does not recommend detention
- ☒ Set for Detention Hearing — on Monday, September 05, 2022 @ 9:30 am

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause      ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to      for Final Revocation Hearing
- ☒ Defense Motion to Reset Detention Hearing in 10days Granted;