# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Detention Hearing

| Case Number: | CR 19-4439 JCH | UNITED STATES vs. PEREZ | |
|---|---|---|---|
| Hearing Date: | 9/6/2022 | Time In and Out: | 9:49-9:51 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Joseph Mathew Perez | Defendant's Counsel: | Joe M Romero Jr |
| AUSA: | Paul Spiers | Pretrial/Probation: | Amy Gee |
| Interpreter: | | | |

## Proceedings

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Defendant waives right to contest detention
- ☐ Defendant requests
- ☐ Government

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other Ruling

- ☐