# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
# FINAL REVOCATION MINUTE SHEET
# BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 19-4439 JCH | USA vs. | Perez |
| Date: | 9/22/22 | Defendant: | Joseph Mathew Perez |
| Time In/Out: | 11:06 – 11:30 | Total Time in Court: | 24 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Louis Mattie | Defendant's Counsel: | Joe Romero, Jr |
| Sentencing in: | remote - via Zoom | Probation Officer: | S. Koch |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Yes  ☐ No |

- ☒ Court advises Defendant of rights, charges & penalties
- ☒ Defendant ADMITS violation(s): MC-failed to refrain from use of a controlled substance; SC-failed to report as directed by USPO; SC-failed to notify USPO a change in residence
- ☒ Violation report received
- ☒ Supervision Revoked
- ☐ Petition Held in Abeyance for

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | Time-served, effective Monday, September 26, 2022. |
| **SUPERVISED RELEASE:** | 45 months ☒ Mandatory and Standard Conditions |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete in-patient followed by outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ | Submit to substance abuse testing; Testing not to exceed 60 tests per year. |
| ☒ | Submit to search of person/property | ☒ | Refrain from use/possession of alcohol/intoxicants; Testing not to exceed 4 tests per day. |
| ☒ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☒ | Community service: 40 hours | ☐ | No contact with victim(s) w/o approval of USPO |
| ☐ | No new credit charges, lines of credit, financial contracts, etc | ☐ | Provide financial information & authorize release of information |
| ☐ | Notify person (organization) deft poses a risk (fiduciary responsibility) | ☒ | Participate in an educational or vocational program approved by the Probation Officer |

## OTHER

- ☒ Advised of Right to Appeal
- ☒ Held in Custody
- ☐ Dismissed Violations:

## PROCEEDINGS

Court in session – parties state appearances; Court confirms defendant agrees to appear by Zoom; Mr. Romero addresses Court and outlines resolution to this matter; Mr. Mattei responds and concurs with resolution; Officer Koch responds and concurs with resolution; USMS responds to Court's questions; Court outlines violations; Mr. Romero addresses Court for sentencing; Defendant addresses Court; Mr. Mattei responds; Officer Koch has nothing to add; Court addresses defendant and imposes sentence; Parties have nothing to add.